**Order entered August 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00401-CV

**JOANN BROOKS AND MARY ROZANSKI, Appellants**

**V.**

**PAUL HEDLEY BATCHELOR, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR10-1373-2**

## ORDER

The Court has before it appellants' August 13, 2013 "motion to request submission of minor edited revision for clarity of appellants JoAnn Barron Brooks' and Mary Barron Hurst Rozanski's Amended Brief Filed on 6-18-2013." The Court **DENIES** the motion.

/s/     ELIZABETH LANG-MIERS
        JUSTICE